

**Henry HOWELL, Appellant,**

v.

**James G. REID, Administrator of the Estate of Dorothy R. Bier, Deceased, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

Robert E. Rawlins, David T. Enlow, Lexington, for appellant.

James S. Carroll, Carroll & Knippenberg, Lexington, for appellee.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

**Millicent S. VEENEMAN, Individually, etc., Appellant,**

v.

**CITIZENS FIDELITY BANK AND TRUST COMPANY, etc., et al., Appellees.**

Court of Appeals of Kentucky.

May 31, 1974.

Fielden Woodward, Alvin L. Prichard, Sr., Woodward, Hobson & Fulton, Louisville, Charles F. Mills, Quarles & Mills, South Miami, Fla., for appellant.

Martin Roach, Tarrant, Combs, Blackwell & Bullitt, Louisville, for appellee, Citizens Fidelity Bank and Trust Company.

Squire R. Ogden, James S. Welch, Ogden, Robertson & Marshall, Louisville, for appellees, Robert L. Veeneman, Jr., and Mary K. Veeneman.

John E. Wise, Louisville, for appellees, Carol W. Veeneman and Richard H. Venneman, Infants.

A. Scott Hamilton, Jr., Louisville, for appellee, William J. Graham.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Ruby Shake BUTLER, Appellant,**

v.

**Myrtle WHEELER, Executrix, Estate of John Bemis Shake, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

Henry J. Burt, Jr., Louisville, for appellant.

Ronald R. Snyder, Jeffersontown, for appellee.

Memorandum Opinion of the Court by Special Commissioner OSCAR SAMMONS, Affirming.*

* Opinion ordered not to be published.